AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
| :---: | :--- |
| v. | ) Case: 1:24-mj-00362 |
| John Padgett | ) Assigned To : Judge G. Michael Harvey |
| | ) Assign. Date : 11/19/2024 |
| | ) Description: COMPLAINT W/ARREST WARRANT |
| Defendant | ) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* John Padgett,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☒ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 111(a)(1) (Assault on a Federal Officer)
18 U.S.C. §111(b) (Assault on a Federal Officer with a Deadly or Dangerous Weapon)
18 U.S.C. § 231(a)(3) (Civil Disorder)
18 U.S.C. § 1752(a)(1) (Entering and Remaining in a Restricted Building or Grounds)
18 U.S.C. § 1752(a)(2) (Disorderly or Disruptive Conduct in a Restricted Building or Grounds)
18 U.S.C. § 1752(a)(4) (Engaging in Physical Violence in a Restricted Building or Grounds)
40 U.S.C. § 5104(e)(2)(E) (Obstruct, or Impede Passage, through or within, the Grounds or any of the Capitol Buildings)
40 U.S.C. § 5104(e)(2)(F) (Engage in an Act of Physical Violence in the Grounds or any of the Capitol Buildings)

Date: 11/19/2024

*Issuing officer's signature*

City and state:     Washington, D.C.          G. MICHAEL HARVEY
*Printed name and title*

### Return

This warrant was received on *(date)* 11/19/2024, and the person was arrested on *(date)* 11/25/24
at *(city and state)* EDGEWATER FLORIDA.

Date: 11/25/24

*Arresting officer's signature*

BRIAN HOWARD DTO
*Printed name and title*